IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 08-cv-00643-PAB-MJW | FTR - Courtroom A-502 |
| **Date:** November 03, 2008 | Courtroom Deputy, Ellen E. Miller |
| LANCE H. ROSS, | George C. Price |
| Plaintiff(s), | |
| v. | |
| AKAL SECURITY, INC. | - - - - - - - - |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **RULE 16(b) SCHEDULING CONFERENCE**
**Court in Session:**  10:30 a.m.
Court calls case.  Appearance of counsel for Plaintiff; no appearances on behalf of Defendant.

Plaintiff verifies that Defendant was served, there has been no contact, and Plaintiff filed a Motion for Entry of Default

**It is ORDERED:**    Plaintiff's MOTION TO VACATE SCHEDULING CONFERENCE AND TO HOLD STATUS CONFERENCE AT THE TIME CURRENTLY SET FOR SCHEDULING CONFERENCE   [Docket No. 19, Filed October 31, 2008] is **DENIED AS MOOT.**

No pretrial deadlines or settings are made.  A Rule 16(b) Scheduling Conference will be set if necessary by Minute Order.


Hearing concluded.
**Court in recess:**    10:33 a.m.
Total In-Court Time 00: 03

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.