## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 08-cv-00643-PAB-MJW | FTR - Courtroom A-502 |
| **Date:** December 15, 2008 | Courtroom Deputy, Ellen E. Miller |
| LANCE H. ROSS, | George C. Price |
| Plaintiff(s), | |
| v. | |
| MICHAEL B. MUKASEY, Attorney General of the United States, and | - - - - - |
| AKAL SECURITY, INC. | Joshua B. Kirkpatrick |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:** RULE 16(b) SCHEDULING CONFERENCE
**Court in session:** 9:30 a.m.
Court calls case. Appearance of counsel. Also present for Defendant is counsel Stephanie Hankin who anticipates filing an Entry of Appearance.

Discussion is held regarding pending motions.

Plaintiff makes an Oral Motion to withdraw the Motion for Default Judgment. With no objections,

**It is ORDERED:** Plaintiff's ORAL MOTION TO WITHDRAW Plaintiff's Motion for Default is GRANTED, and
Plaintiff's MOTION FOR DEFAULT [Docket No. 25, Filed December 14, 2008] is **WITHDRAWN.**

**It is ORDERED:** Plaintiff's MOTION TO AMEND COMPLAINT AND JURY DEMAND [Docket No. 26, Filed December 14, 2008] is **GRANTED.**
The AMENDED COMPLAINT AND JURY DEMAND [Docket No. 26-2] is accepted for filing as of this date and becomes the operative Complaint.
Michael B. Mukasey, Attorney General of the United States, shall be added as a defendant in this case. The Clerk of the Court is directed to modify the Caption accordingly.

**It is ORDERED:** Plaintiff shall serve defendant United States Attorney General by DECEMBER 19, 2008.

No pretrial deadlines or settings are made at this time.

**It is ORDERED:** The RULE 16(b) SCHEDULING CONFERENCE is vacated and **RESET** to **FEBRUARY 23, 2009 at 8:30 a.m.** Parties shall submit a proposed Scheduling Order **on or before FEBRUARY 18, 2009.**

Proposed Scheduling Order shall be prepared in accordance with the form which may be found in the forms section of the Court's website at www.cod.uscourts.gov
Instructions for downloading the formats are posted in the forms section of the website.

**On or before FEBRUARY 18, 2009,** parties shall each submit a brief Confidential Settlement Statement to the Magistrate Judge **ONLY**, outlining the facts and issues involved in the case, and the possibilities for settlement, including any settlement authority from the client. ECF participants shall submit their Confidential settlement statements to chambers with a subject line "Confidential Settlement Statement" and the case number to:
Watanabe_Chambers@cod.uscourts.gov.
(The Confidential Settlement Statement should be in PDF format and sent as an attachment to the e-mail.)

**Anyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show current, valid photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

HEARING CONCLUDES.

**Court in recess:** 9:41 a.m.
Total In-Court Time: 00:11