IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00643-PAB-MJW

LANCE H. ROSS,

Plaintiff(s),

v.

AKAL SECURITY, INC.,

Defendant(s).

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that Defendant's Motion to Compel Responses to Written Discovery Requests and for a Award of Appropriate Sanctions (docket no. 39) is GRANTED finding good cause shown and further finding that Plaintiff has failed to file any timely response to this motion and therefore this court deems the motion confessed.

It is FURTHER ORDERED that Plaintiff shall provide to Defendant responses to Defendant's discovery requests as outlined in the subject motion (docket no. 39) and Plaintiff's Fed. R. Civ. P. 26(a)(1) disclosures on or before July 15, 2009.

It is FURTHER ORDERED that Plaintiff shall pay to Defendant reasonable expenses for having to file the subject motion (docket no. 39) pursuant to Fed. R. Civ. P. 37 (a)(5)(A).  The Defendant is awarded reasonable and necessary attorney fees and costs for having to file this motion.  The parties shall meet forthwith to see if the amount of attorney fees and costs can be stipulated.  If the parties are able to stipulate to the amount of attorney fees and costs then the parties shall file such stipulation with the court.  If the parties are unable to stipulate to the amount of attorney fees and costs then the Defendant shall have up to and including July 15, 2009, to file its itemized affidavit for attorney fees and costs.  The Plaintiff shall have up to and including July 30, 2009, in which to file his response to Defendant's affidavit for attorney fees and costs.  If a response is filed, then Defendant shall have up to and including August 10, 2009, in which to file any reply to Plaintiff's response.

Date:   June 29, 2009