IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00643-PAB-MJW

LANCE H. ROSS,

Plaintiff(s),

v.

AKAL SECURITY, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulation for Payment of Attorneys' Fees and Costs (Docket No. 42) is approved and made an order of the court.

Date:   July 16, 2009