IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-CV-00643-PAB-MJW

LANCE H. ROSS,

        Plaintiff,

v.

MICHAEL B. MUKASEY, Attorney General of the United States, and
AKAL SECURITY, INC.,

        Defendant.

**ORDER GRANTING DEFENDANT AKAL SECURITY, INC.'S
UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**
( Docket No. 49 )

Before this Court is Defendant Akal Security, Inc.'s Unopposed Motion to Amend Scheduling Order. IT IS HEREBY ORDERED that the Motion is GRANTED. The discovery cutoff is extended to October 14, 2009 for the sole purpose of allowing Defendant to depose Plaintiff and any witnesses identified by Plaintiff during his deposition. All other discovery must be completed by September 23, 2009. In addition, the dispositive motion deadline is extended to November 23, 2009.

Dated this 16th day of September, 2009

                              BY THE COURT:

                              United States Magistrate Judge

                              **MICHAEL J. WATANABE
                              U.S. MAGISTRATE JUDGE
                              DISTRICT OF COLORADO**

Firmwide:91957189.1 051010.1249