IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-00643-RPM-MJW

LANCE H. ROSS,

Plaintiff(s),

v.

MICHAEL B. MUKASEY, Attorney General of the United States, and
AKAL SECURITY, INC.,

Defendant(s).

MINUTE ORDER

Based upon the written Notice of Settlement (docket no. 53) it is hereby ORDERED that the Final Pretrial Conference set before Magistrate Judge Watanabe on December 21, 2009, at 9:00 a.m., is VACATED.

It is FURTHER ORDERED that the parties shall file with this court their Stipulated Motion to Dismiss on or before December 31, 2009, or show cause why this case should not be dismissed.

Date:  December 16, 2009