IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00643-PAB-MJW

LANCE H. ROSS,

    Plaintiff,

v.

MICHAEL B. MUKASEY, Attorney General of the United States, and
AKAL SECURITY, INC,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice [Docket No. 54 ]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED December 17, 2009.

                                          BY THE COURT:

                                          s/ Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge